AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| SDB Trade International, L.P. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  4:09cv2563 |
| The E&E Group, LLC d/b/a E&E Steel Trading | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    **01/07/2011**    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:    11/15/2012

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SDB TRADE INTERNATIONAL, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-cv-2563 |
| | § | |
| THE E&E GROUP, LLC, d/b/a E&E | § | |
| STEEL TRADING, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58 and the Court's order granting Plaintiff SDB Trade International, L.P.'s Opposed Motion to Confirm Arbitration Award, it is accordingly;

ORDERED, ADJUDGED and DECREED that Plaintiff SDB Trade International, L.P. shall recover the sum of one hundred sixty-three thousand, sixty-four dollars and thirty-nine cents ($163,064.39) from Defendant The E&E Group, LLC, d/b/a E&E Steel Trading.  It is further;

ORDERED, ADJUDGED and DECREED that Defendant The E&E Group, LLC, d/b/a E&E Steel Trading shall TAKE NOTHING of and from Plaintiff SDB Trade International, L.P. by virtue of Defendant The E&E Group, LLC, d/b/a E&E Steel Trading's counterclaims against Plaintiff SDB Trade International, L.P.

1

Case 3:12-mc-80272-CRB    Document 1    Filed 11/20/12    Page 3 of 3
Case 4:09-cv-02563   Document 42   Filed in TXSD on 01/07/11   Page 2 of 2
Case 4:09-cv-02563   Document 40-2   Filed in TXSD on 01/06/11   Page 2 of 2

Moreover, postjudgment interest is payable on the above amount allowable by law at the rate approved by the federal courts from the date this judgment is entered until the date this judgment is paid.

The Clerk of the Court is directed to close this case.

The Court ORDERS execution to issue for this judgment.

The Court DENIES all relief not granted in this judgment.

This is a final judgment pursuant to Federal Rule of Civil Procedure 58.

It is so ORDERED.

Signed on this the ____7____ day of ____Jan____, 2011.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST: 11/15/12
CLERK
By_____
Deputy Clerk

2